**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

By ECF

January 20, 2022

Hon. Katherine Polk Failla
United States Courthouse
Room 618
40 Foley Square
New York, NY 10007



**Letter Request for Remote Proceedings**
*U.S. v. Caraballo Pache, et al., 21-CR-675 (KPF)*

Dear Judge Failla:

In light of the current state of the COVID-19 pandemic, we write to request that the Court hold the upcoming pre-trial conference in *U.S. v. Caraballo Pache, et al.*, 21-CR-675 (KPF), which is currently scheduled for January 28, 2022, by video conference. We have conferred with counsel for the government and counsel for Mr. Pache, both of whom consent to this request.

Respectfully submitted,

/s/ Marisa Taney
Marisa Taney

*Counsel to Candelario Martinez*

cc:  Thomas Burnett
     Assistant United States Attorney (*via ECF*)

     John Signorello
     Counsel to Wander Caraballo Pache (*via ECF*)

---

Application GRANTED. The pretrial conference scheduled for January 28, 2022, will proceed by video. Access instructions for the video conference will be distributed in advance of the conference. The Clerk of Court is directed to terminate the pending motion at docket entry 18.

Date:    January 21, 2022
         New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE