

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

By ECF

June 22, 2022

Hon. Katherine Polk Failla
United States Courthouse
Room 618
40 Foley Square
New York, NY 10007



**Letter Request to Reschedule Sentencing Hearing**
*U.S. v. Caraballo Pache, et al., 21-CR-675 (KPF)*

Dear Judge Failla:

     I write to inform the Court of a conflict that has arisen with regard to the August 9, 2022 sentencing hearing scheduled in the above-captioned case. Unfortunately, counsel for Mr. Martinez recently learned that they will have to travel to Ohio for a hearing in a death penalty case that conflicts with the sentencing hearing set by Your Honor. As such, I respectfully ask that the Court reset Mr. Martinez's sentencing hearing for later in the week of August 8, 2022. I have conferred with Mr. Burnett, who has no objection to this request and is available on August 11, 2022, if the Court's schedule permits.

Respectfully submitted,

/s/ Marisa Taney
Marisa Taney

*Counsel to Candelario Martinez*

cc:    Counsel of Record (*via ECF*)

www.debevoise.com

Application GRANTED.  Mr. Martinez's sentencing presently scheduled for August 9, 2022, is hereby ADJOURNED to **August 16, 2022, at 3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, New York, New York. The defense sentencing submission shall be due two weeks before this date, and the government's sentencing submission shall be due one week before this date.

The Clerk of Court is directed to terminate the pending motion at docket entry 37.

Dated:     June 23, 2022              SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE