**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

By ECF

July 14, 2022

Hon. Katherine Polk Failla
United States Courthouse
Room 618
40 Foley Square
New York, NY 10007



### Letter Request to Reschedule Sentencing Hearing
*U.S. v. Caraballo Pache, et al., 21-CR-675 (KPF)*

Dear Judge Failla:

    I write to ask that the Court reschedule Mr. Martinez's sentencing hearing that is currently set for August 16, 2022, in order to allow counsel to accommodate a scheduling conflict. I have conferred with Mr. Burnett, who has no objection to this request and is available on August 15, 2022, if the Court's schedule permits.

Respectfully submitted,

/s/ Marisa Taney
Marisa Taney

*Counsel to Candelario Martinez*

cc: Counsel of Record (*via ECF*)

```
Application GRANTED.  Mr. Martinez's sentencing presently scheduled
for August 16, 2022, is hereby ADJOURNED to August 15, 2022, at 3:00
p.m., in Courtroom 618 of the Thurgood Marshall Courthouse, New
York, New York.  The Clerk of Court is directed to terminate the
pending motion at docket entry 41.

Dated:    July 15, 2022              SO ORDERED.
          New York, New York
```

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

www.debevoise.com